934 A.2d 948

In the Matter of the **REINSTATEMENT** to the Bar
of Maryland **OF** Neil W. **STEINHORN.**

Misc. Docket AG No. 38 Sept. Term, 2007.

Court of Appeals of Maryland.

Oct. 11, 2007.

## ORDER

The Court having considered the Petition for Reinstatement
of Neil W. Steinhorn and the Response filed thereto by the
Attorney Grievance Commission consenting to the reinstate-
ment in the above-captioned case, it is this 11th day of
October, 2007,

ORDERED, by the Court of Appeals of Maryland, a majori-
ty of the Court concurring, that the Petition be, and the same
is hereby GRANTED, and the Petitioner, Neil W. Steinhorn,
upon taking in open court and subscribing to the oath of
attorneys required by Maryland Code (2004), Business Occu-
pations and Professions Article, Section 10–212, is reinstated
as a member of the Bar of Maryland to the practice of law in
this State, and it is further

ORDERED, that the Clerk of this Court shall replace the
name of Neil Steinhorn on the registry of attorneys in this
Court and certify that fact to the Trustees of the Client
Protection Fund of the Bar of Maryland and to the Clerks of
all judicial tribunals in this State, and it is further

ORDERED, that pursuant to Rule 11 of the Rules Govern-
ing Admission to the bar of Maryland, the Petitioner shall
satisfactorily complete the next course of professionalism giv-
en by the Maryland State Bar Association.